**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVID BORZOUEI,<br><br>                                       Plaintiff,<br>v.<br><br>RENA BITTER, et al.,<br><br>                                      Defendants. | Case No. 22-cv-872-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING**<br><br>[Doc. No. 6] |

      Pending before the Court is Defendants Rena Bitter, Sean Murphy, and Antony Blinken's ("Defendants") motion to dismiss Plaintiff Navid Borzouei's ("Plaintiff") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *See* Doc. No. 5. On August 30, 2022, Plaintiff and Defendants filed a joint motion to continue the hearing on Defendants' motion to dismiss. *See* Doc. No. 6.

      Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Plaintiff must file his opposition to the motion to dismiss on or before **October 3, 2022**. Defendants must file their reply, if any, on or before **October 11, 2022**. The Court further **VACATES** the currently scheduled September 26, 2022 hearing on Defendants' motion to dismiss. Upon completion of the briefing, the Court will take the

matter under submission pursuant to Civil Local Rule 7.1.d.1 and issue a written ruling in due course.

**IT IS SO ORDERED**.

Dated:  September 2, 2022

HON. MICHAEL M. ANELLO
United States District Judge