

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Navid Borzouei

**Plaintiff,**

V.

Rena Bitter Assistant Secretary, Bureau of
Consular Affairs, U.S. Dept of State;Sean
Murphy Charg d'Affaires, U.S. Embassy in
United Arab Emirates; Antony Blinken,
Secretary of the U.S. Department of State

**Defendant.**

**Civil Action No.** 22-cv-00872-MMA-KSC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion and dismisses this action.

**Date:** _____12/14/22_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Episcopo _____

A. Episcopo, Deputy